**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES in their capacities as Trustees of the Laborers Health & Welfare Trust Fund for Northern California,<br><br>    Plaintiffs,<br>  v.<br><br>R G PVC WELDING, INC.,<br><br>    Defendant.<br>_____/ | No. 08-03001 EDL<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for September 23, 2008 has been continued to September 30, 2008 at 3:00 p.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than September 23, 2008.

Dated: August 21, 2008

                            FOR THE COURT,
                            Richard W. Wieking, Clerk

                            by: _____
                                  Lili M. Harrell
                                  Courtroom Deputy